

# Fourth Court of Appeals
## San Antonio, Texas

February 5, 2021

No. 04-20-00604-CV

**IN THE INTEREST OF A.R.M., A CHILD,**

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2020PA00201
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

This is an accelerated appeal of an order terminating appellant's parental rights, which must be disposed of by this Court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. Appellant filed his notice of appeal on December 14, 2020; therefore, the 180-day deadline in which this court must dispose of this appeal is June 14, 2021.

Appellant's brief was originally due on February 1, 2021. On February 3, 2021, appellant filed a motion for extension of time to file appellant's brief, requesting a twenty-day extension of time. Appellant's motion is GRANTED. Appellant's brief is due **no later than February 22, 2021**. Given the time constraints governing the disposition of this appeal, further requests for extensions of time will be disfavored.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of February, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court